IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>GUILLERMO A. ROMAN-RIOS<br>Defendant | CRIMINAL 12-0643CCC |

**ORDER**

Having considered the Report and Recommendation filed on December 19, 2012 (**docket entry 30**) on a Rule 11 proceeding of defendant Guillermo A. Román-Ríos held before U.S. Magistrate Judge Bruce J. McGiverin on December 18, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 18, 2012. The **sentencing hearing is set for March 19, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge